■ In the Matter of LEONARD TULSHIRAM, Petitioner, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [993 NYS2d 523]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

▬▬▬▬▬▬▬▬▬▬ No opinion.

Stein, J.P., Garry, Rose, Egan Jr. and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.